FILED
APR 2 4 2008
4-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD T. SAADI, | CASE NO.: 07-CV-01976-SCB-MAP |
| Plaintiff, | (U.S. Dist. Ct. Middle Dist. Fla) |
| v. | 08CV2434 |
| PIERRE A. MAROUN, et al., | JUDGE DOW |
| Defendants | MAG. JUDGE SCHENKIER |

ORIGINAL

### REQUEST TO ISSUE SUBPOENA

NOW COMES Plaintiff EDWARD T. SAADI, *pro-se*, and hereby requests that the Clerk of the United States District Court for the Northern District of Illinois to issue a Subpoena for Production of Documents in the above-captioned case.

For cause, Plaintiff states that he is representing himself *pro-se* in the case captioned **Saadi v. Maroun, et al.** in the U.S. District Court for the Middle District of Florida, which bears case no. 07-CV-01976-SCB-MAP. Although the Plaintiff is an attorney by profession, he is not admitted to practice in any court in Florida or Illinois. Therefore, Rule 45(a)(3) of the Federal Rules of Civil Procedure does not permit the Plaintiff to issue a subpoena on behalf of the Middle District of Florida, nor on behalf of the Northern District of Illinois. So, the Plaintiff has no other option but to obtain a clerk-issued subpoena under Rule 45(a)(3) which states that "The Clerk *must* issue a subpoena...to a party who requests it" (emphasis added).

Further, Plaintiff respectfully points out that Rule 45(a)(2)(C) requires that a subpoena for production of documents be issued "from the court for the district where production is to be made." In this case, production will be made in Chicago, Illinois. Therefore, this subpoena must be issued by the Clerk of the Northern District of Illinois.

1

1   WHEREFORE, Plaintiff hereby requests that the Clerk of the U.S. District Court for the
2  Northern District of Illinois issue a subpoena for production of documents in the above-
3  referenced case.
4
5  Dated this 23 day of April, 2008

EDWARD T. SAADI
*Pro-Se* Plaintiff
970 Windham Court, Suite 7
Boardman, Ohio 44512
(330) 782-1954
(330) 266-7489 (fax)
EdwardSaadi@aol.com

_____
Edward T. Saadi

2

REQUEST TO ISSUE SUBPOENA